# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SOTO,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Defendants. | Case No. ED CV 16-00005-SP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　The parties having filed a Stipulation for Compromise Settlement and Dismissal, IT IS HEREBY ORDERED:

　　　1.　　Plaintiff's action is dismissed with prejudice in its entirety; and

　　　2.　　Each party shall bear its own costs of suit and fees.

Dated: November 9, 2016

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE